# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:25-CR-007-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **WRIT OF HABEAS CORPUS** |
| v. | ) **AD PROSEQUENDUM** |
| BENITO MACEDO-BUENO, | ) |
| Defendant. | ) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Mecklenburg County Jail, 801 E. 4th Street, Charlotte, North Carolina 28202

**IT IS ORDERED** that you have the body of Benito Macedo-Bueno, Hispanic Male, DOB: 10/5/1999, PID#: 0000509439, JID#: 24-066399, detained in the Mecklenburg County Jail, under safe and secure conduct, brought before the Honorable __David Keesler__, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before __2/13/25__ at __10:40__ am, to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.

**SO ORDERED**.

Signed: January 24, 2025

David C. Keesler
United States Magistrate Judge